# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-2652
Lower Tribunal No. 2022-CA-011920

_____

REGINE LAFONTANT CANNON,

Appellant,

v.

WALT DISNEY PARKS AND RESORTS US INC.,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Vincent S. Chiu, Judge.

June 25, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and MIZE and GANNAM, JJ., concur.

Jerry Girley, of The Girley Law Firm, P.A., Orlando, for Appellant.

Patrick M. Muldowney, Meagan L Martin, and Nailah Bowen Casavant, of Baker & Hostetler LLP, Orlando, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED